IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LELA FABIOLA VANKRIEKEN,<br><br>Defendant. | CR 23-67-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 25), pursuant to 18 U.S.C. § 3583(e)(1)[1] and Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Lela Fabiola Vankrieken's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

///

///

---

[1] The Court notes that the Defendant moved to terminate her supervised release pursuant to 18 U.S.C. § 3563(c) (Doc. 25 at 1), a provision that authorizes termination of probation—not supervised release. In her supporting brief, the Defendant quoted language from the correct statute, 18 U.S.C. § 3583(e), but cited § 3583(e)(2), which concerns the extension of supervised release, rather than the subsection from which the quoted language is drawn—§ 3583(e)(1). (Doc. 26 at 2). The Court grants the Motion under the provision that authorizes the termination of supervised release: 18 U.S.C. § 3583(e)(1).

1

DATED this \_\_\_7th\_\_\_ day of January, 2026.

_____
SUSAN P. WATTERS
United States District Judge